JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. HOLLOWAY, | Case No. CV 18-705-CAS (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| DARIELLE MASON, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: July 6, 2018

_Christina A. Snyder_
—
HONORABLE CHRISTINA A. SNYDER
United States District Judge